DAVID G. SPIVAK (SBN 179684)
	david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
	caroline@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Bl., Ste. 203
Encino, CA 91436
Telephone (213) 725-9094
Facsimile (213) 634-2485

Attorneys for Plaintiff,
KAREEM WILSON, and all others similarly situated
(additional attorneys listed on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KAREEM WILSON, on behalf of himself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>　　　　*Plaintiff(s)*,<br><br>　　v.<br><br>J.B. HUNT LOGISTICS, INC., an Arkansas corporation; J.B. HUNT TRANSPORT, INC., a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>　　　　*Defendants*. | Case No. 2:18-cv-3487-SVW-AFMx<br>*[Assigned to Hon. Stephen V. Wilson]*<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action Filed:　　March 2, 2018<br>Hearing Date:　　August 16, 2021<br>Hearing Time:　　3:00 p.m.<br>Hearing Location:　10A<br><br>**<u>Submitted Herewith Under Separate Cover</u>**<br>1. Memorandum of Points and Authorities;<br>2. Declarations of David Spivak and Madely Nava; and<br>3. [Proposed] Order. |

1

*Wilson v. J.B. Hunt Logistics, Inc., et al.* — Notice of Motion and Motion for Final Approval of Class Action Settlement

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

**ADDITIONAL ATTORNEY FOR PLAINTIFF**

WALTER HAINES (SBN 71075)
  walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone:  (562) 256-1047
Facsimile:   (562) 256-1006

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 16, 2021 at 3:00 p.m. or as soon thereafter as the matter may be heard, in Courtroom 10A of the above-entitled court, located at the United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Plaintiff Kareem Wilson ("Plaintiff") will and hereby does move this Court for an order: (1) finally approving the Joint Stipulation and Settlement Agreement ("the Settlement"); (2) confirming the certification of the Class solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) confirming the appointment of David Spivak of The Spivak Law Firm and Walter Haines of United Employees Law Group as Class Counsel; (4) confirming the appointment of Plaintiff as Class Representative; and (5) granting final approval to an allocation of $4,000 for claims for civil penalties under the Labor Code Private Attorneys General act of 2004, Labor Code §§ 2698, *et seq.* ("PAGA Payment"), of which $3,000 or seventy-five percent (75%) will be paid to the Labor and Workforce Development agency ("LWDA") and the remaining twenty-five percent (25%) or $1,000 of which will go to PAGA Releasees; and (6) directing that [Proposed] Final Approval Order and Final Judgment submitted herewith be entered as called for under the Settlement.

"Class Members" are all persons employed by Defendants in California as hourly, non-driver Installation Specialists ("Installers"), at any time from March 2, 2014 through January 3, 2020.

This Motion is made on the following grounds that: (1) the Class meets all the requirements for class certification for settlement purposes only under Federal Rule of Civil Procedure 23; (2) Plaintiff and his counsel are adequate to represent the Class for settlement purposes only as required by Rule 23(a)(4) and (g); (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendants' potential liability exposure as compared against the

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

risks of continued litigation; (4) the notice process performed by the Settlement Administrator comports with all relevant due process requirements and Rule 23(c)(2)(B) requirements; and (5) based on the foregoing, the [Proposed] Final Approval Order and Final Judgment submitted herewith should be entered.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and the Declarations of David Spivak and Madely Nava, all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

Respectfully submitted,

THE SPIVAK LAW FIRM

Dated: July 19, 2021         By _/s/David Spivak_____
                             DAVID SPIVAK,
                             CAROLINE TAHMASSIAN
                             Attorneys for Plaintiff, KAREEM
                             WILSON, and all others similarly
                             situated



Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com