UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-03487-SVW-AFM | Date | September 27, 2021 |
|---|---|---|---|
| Title | Kareem Wilson v. J.B. Hunt Transport, Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Anne Kielwasser | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Caroline Tahmassian Zarneh | Krystal Saleh |

**Proceedings:**     FINAL APPROVAL HEARING;
[34] MOTION for Attorney Fees , A Cost Award, A Class Representative General Release Payment, And Administration Costs filed by Plaintiff Kareem Wilson; and
[35] MOTION to Certify Class for Settlement Purposes Only and Motion for Final Approval of Class Action Settlement filed by Plaintiff Kareem Wilson

     Hearing held. The parties agree to 25% for attorneys fees, and $1000 for the class representative. Upon that representation, the settlement is approved.

     The parties shall submit a proposed order.

                                                                                                          :     07

                                                                    Initials of Preparer     PMC